AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
AUG 1 0 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| United States of America<br>v.<br>SHANE LUCAS<br><br>*Defendant(s)* | Case No.<br>1:18-mj-390<br><br>UNDER SEAL |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 2017__ in the county of __Spotsylvania__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(g)(1) | Possession of a Firearm After a Felony Conviction. |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

SAUSA Speare Hodges/AUSA Michael Ben'Ary

_____
*Complainant's signature*

Jose J. Oquendo, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 10, 2018

City and state: Alexandria, VA

_____/s/_____
Ivan D. Davis
United States Magistrate Judge