# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Shane LUCAS                          Docket No. 1:18-MJ-390

### Petition for Action on Conditions of Pretrial Release

COMES NOW, U.S. PROBATION OFFICER NICOLE R. ANDREWS, presenting an official report upon the conduct of defendant **Shane LUCAS,** who was continued under pretrial release supervision by YOUR HONOR, sitting in the court at Alexandria, VA, on August 15, 2018, under the following conditions:

*Report to Pretrial Services as directed; *Submit to drug testing, and testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing; *Reside at approved residence and not move from that residence without prior approval of the Court or Pretrial Services; *Not possess a firearm, destructive device or other dangerous weapon; and *Travel restricted to the Washington D.C. metropolitan area without prior approval.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

On August 21, 2018, the defendant submitted a urine specimen which screened positive for marijuana, cocaine, opiates and oxycodone. Confirmation for this result is pending. The defendant admitted to using marijuana and denied using cocaine or taking any pain medication since before his arrest on August 14, 2018.

PRAYING THAT THE COURT WILL issue a **SUMMONS** and the defendant return to court and show cause why his conditions of release should not be revoked.

RETURNABLE DATE: _Tuesday, Sept. 11, 2018 @ 10 a.m._

**ORDER OF COURT**

Considered and ordered this _____ day of _____, 20___ and ordered filed and made a part of the records in the above case.

_____/s/_____
Michael S. Nachmanoff
United States Magistrate Judge
Michael S. Nachmanoff
U.S. Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: August 24, 2018

_Nicole R. Andrews_
Nicole R. Andrews
U.S. Probation Officer